NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1449


EASTERN AWNING SYSTEMS, INC.,
and STEPHEN LUKOS,

Plaintiffs-Appellants,

v.

HAROLD'S CANVAS AND AWNING, INC.,
TOFF INDUSTRIES, INC., and HAROLD TOFFEY,

Defendants-Appellees.


Patrick M. Fahey, Shipman & Goodwin LLP, of Hartford, Connecticut, argued for plaintiffs-appellants.  With him on the brief was Lee A. Duval.

Thomas A. Parisot, Secor, Cassidy & McPartland, P.C., of Waterbury, Connecticut, for defendants-appellees.  With him on the brief was Tara L. Shaw.

Appealed from:  United States District Court for the District of Connecticut

Judge Robert N. Chatigny

# United States Court of Appeals for the Federal Circuit

2009-1449

EASTERN AWNING SYSTEMS, INC.,
and STEPHEN LUKOS,

Plaintiffs-Appellants,

v.

HAROLD'S CANVAS AND AWNING, INC.,
TOFF INDUSTRIES, INC., and HAROLD TOFFEEY,

Defendants-Appellees.

# Judgment

ON APPEAL from the    United States District Court for the District of Connecticut

in CASE NO(S).    01-CV-912

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, LOURIE, Circuit Judges, and GUILFORD, District Judge).*

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED April 22, 2010            /s/ Jan Horbaly
                                Jan Horbaly, Clerk

---

* The Honorable Andrew J. Guilford, District Judge, United States District Court for the Central District of California, sitting by designation.